UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD EDWARD NELSON, | ) | No. EDCV 12-756 DOC (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| WARDEN DAVID B. LONG, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 2, 2013

*David O. Carter*
DAVID O. CARTER
United States District Judge